UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN KLEIN, (See Attached for Additional Plaintiffs),

Plaintiff,

-v-

EXSIF WORLDWIDE, INC.,

Defendant.

JUDGE ROBINSON
Case No. 07 CV 10485

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Consani Engineering (Pty) Limited (In Liquidation)__   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Consani Engineering (Pty) Limited (in liquidation) was a wholly-owned subsidiary of Murray & Roberts Limited which, in turn, is a wholly-owned subsidiary of Murray & Roberts Holdings Limited.

Murray & Roberts Limited is a public company listed on the Johannesburg Stock Exchange.

**Date:** November 19, 2007

_Fran M. Jacobs_
**Signature of Attorney**
Fran M. Jacobs

**Attorney Bar Code:** FJ-0892

Form Rule7_1.pdf  SDNY Web 10/2007

Additional Plaintiffs in Norman Klein v. Exsif Worldwide, Inc.

THOMAS GEORGE NELL, TSIU VINCENT MATSEPE, JAYANT DAJI PEMA, JEFFREY SIPHIWE HLATSHWAYO, DIMAKATSO ARNOLD MICHAEL MOHASOA, AND ZEENATH KAJEE, as Liquidators of CONSANI ENGINEERING (PROPRIETARY) LTD. in Liquidation

DM1\1228869.1