UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMAN KLEIN, THOMAS GEORGE NELL, TSIU VINCENT
MATSEPE, JAYANT DAJI PEMA, JEFFREY SIPHIE
KLATSHWAYO DIMAKATSO ARNOLD MICHAEL MOHASOA,
and ZEENATH KAJEE, as Liquidators of CONSANI ENGINEERING
(PROPRIETARY) LTD. in Liquidation,

                                  Plaintiff,

Case No.: 07 CV 10485 (Robinson)

    -against-

EXIF WORLDWIDE, INC.,

                                  Defendant.

**AFFIDAVIT OF SERVICE**

------------------------------------------------------------------X

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF NEW YORK  )

    **JUAN ROLDAN**, being duly sworn, deposes and says:

    1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

    2.    That on November 26, 2007, at approximately 11:27 a.m., I personally served, by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION, COMPLAINT along with Exhibits "A-F", Civil Cover Sheet, Individual Practices of Judge Stephen C. Robinson, Individual Practices of Magistrate Judge Mark D. Fox,** all upon **EXSIF WORLDWIDE, INC.**, by Personal Delivery via Mr. Jeremy Bergbaum, who identified himself as the "President" as well as being duly authorized to accept service on Exsif Worldwide, Inc., which service was effected at their actual place of business indicated below:

                EXSIF WORLDWIDE, INC.
                2700 Westchester Avenue / Suite 400
                Purchase, New York 10577

    3.    **Mr. Jeremy Bergbaum** can best be described as:

Male – White skin – Gray hair - Approximately 50 - 60 years of age, 5'11" – 6'2" and 195 – 240 lbs.

Dated:    November 26, 2007
              New York, New York

                                                                           JUAN ROLDAN
                                                                         License No.: 0983113

Sworn to before me on this the 26th day of November 2007.

NOTARY PUBLIC

                                  JENIQUE TORRES
                         Notary Public, State of New York
                             No. 01TO6092182
                       Qualified in New York County
                  Commission Expires May 12, 2011

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our service on your satisfaction"*