*Robinson, J*

James H. Neale (JN 6972)
Erica A. Reed (ER 8128)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
*Attorneys for Defendant, EXSIF Worldwide Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

NORMAN KLEIN, THOMAS GEORGE
NELL, TSIU VINCENT MATSEPE,
JAYANT DAJIPEMA, JEFFREY SIPHIWE
HLATSHWAYO, DIMAKATSO ARNOLD
MICHAEL MOHASOA, AND ZEENATH
KAJEE, as Liquidators of CONSANI
ENGINEERING (PROPRIETARY) LTD. in
Liquidation,

        Plaintiffs,

    -v-

EXSIF WORLDWIDE, INC.,

        Defendant.

------------------------------------------------------x

07 Civ. 10485 (SCR)

**STIPULATION ADJOURNING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for Plaintiffs and Defendant, that Defendant's time to answer, move or otherwise respond with respect to the Complaint herein shall be and hereby is adjourned to and including January 18, 2008.

Dated: New York, New York
      December 16, 2007

DUANE MORRIS, LLP

By _____
    Fran M. Jacobs (FJ 0892)
1540 Broadway
New York, New York 10036
(212) 692-1060

*Attorneys for Plaintiffs*

FULBRIGHT & JAWORSKI L.L.P.

By _____
    James H. Neale (JN 6972)
    Erica A. Reed (ER 8128)
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

*Attorneys for Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

75078497.1

SO ORDERED

_____
U.S.D.J.

dated: 12/18/07