UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

NORMAN KLEIN, THOMAS GEORGE NELL,
TSIU VINCENT MATSEPE, JAYANT DAJI PEMA, :
JEFFREY SIPHIWE HLATSHWAYO, DIMAKATSO
ARNOLD MICHAEL MOHASOA, and ZEENATH :
KAJEE, as Liquidators of CONSANI ENGINEERING            07-CV-10485 (SCR)
(PROPRIETARY) LTD. in Liquidation,         :

                    Plaintiff,      :   **DEFENDANT'S**
                                                           **RULE 7.1 STATEMENT**

    - against –                           :

EXSIF WORLDWIDE, INC.,                    :

                    Defendant.      :
------------------------------------------- x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant EXSIF Worldwide, Inc. ("EXSIF") certifies that the following are corporate parents, affiliates and/or subsidiaries of EXSIF, which are publicly held:

**NONE.**

Dated: New York, New York
       January 18, 2008

                                                  FULBRIGHT & JAWORSKI L.L.P.

                                                  By: _____
                                                      James H. Neale (JN 6972)
                                                  666 Fifth Avenue
                                                  New York, New York  10103
                                                  (212) 318-3000
                                                  jneale@fulbright.com

                                                  *Attorneys for Defendant*

TO:  Fran M. Jacobs, Esq.
     DUANE MORRIS LLP
     1540 Broadway
     New York, New York  10036-4086
     (212) 692-1000
     *Attorneys for Plaintiffs*