DuaneMorris®

FRAN M. JACOBS
DIRECT DIAL: 212.692.1060
PERSONAL FAX: 212.202.6413
E-MAIL: fmjacobs@duanemorris.com

www.duanemorris.com

**MEMO ENDORSED**

January 14, 2008

VIA FACSIMILE

Hon. Stephen C. Robinson
United States District Court for the Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    Klein v. Exsif Worldwide, Inc. (07 Civ. 10485 (SCR))

Dear Judge Robinson:

    We write on behalf of plaintiff in the above-entitled action to request an extension of time for submitting a proposed scheduling order. It appears that the date originally set for filing the proposed scheduling order was December 28, 2007. Since defendant's time to answer or move with respect to the complaint has been extended to January 18, 2008, we respectfully request that we be given until February 1, 2008 to submit our proposed scheduling order.

                              Respectfully,

                              Fran M. Jacobs

cc:    Fulbright & Jaworski LLP (by facsimile)

SO ORDERED
/s/ Stephen C. Robinson
USDJ  1/17/08