FULBRIGHT & JAWORSKI L.L.P.
James H. Neale (JN 6972)
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
jneale@fulbright.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NORMAN KLEIN, THOMAS GEORGE NELL,
TSIU VINCENT MATSEPE, JAYANT DAJI PEMA,
JEFFREY SIPHIWE HLATSHWAYO, DIMAKATSO
ARNOLD MICHAEL MOHASOA, and ZEENATH
KAJEE, as Liquidators of CONSANI ENGINEERING             07-CV-10485 (SCR)
(PROPRIETARY) LTD. in Liquidation,

                    Plaintiff,      :      DEMAND FOR TRIAL
                                          BY JURY

    - against --

EXSIF WORLDWIDE, INC.,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Purasuant to Rule 38(b) of the Federal Rules of Civil Procedure, defendant EXSIF Worldwide, Inc. hereby demands a trial by jury of all issues in the above-captioned action that are triable of right by a jury.

Dated: New York, New York
         January 29, 2008

                                      FULBRIGHT & JAWORSKI L.L.P.

                                      By _____
                                             James H. Neale (JN 6972)
                                       666 Fifth Avenue
                                       New York, New York 10103
                                       (212) 318-3000
                                       jneale@fulbright.com
                                       *Attorneys for Defendant*

70213014.1

TO:  Fran M. Jacobs, Esq.
     DUANE MORRIS LLP
     1540 Broadway
     New York, New York  10036-4086
     (212) 692-1000
     *Attorneys for Plaintiffs*

70213014.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I caused the annexed Demand For Trial By Jury to be electronically filed with the Court using the ECF system, which will send a notice of electronic filing to all registered users. I further certify that I caused the foregoing document to be sent by first-class mail to all counsel of record in the action on January 29, 2008.

_____
James H. Neale (JN 6972)