UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NORMAN KLEIN, THOMAS GEORGE NELL,
TSIU VINCENT MATSEPE, JAYANT DAJI PEMA,
JEFFREY SIPHIWE HLATSHWAYO, DIMAKATSO : 07 Civ. 10485 (SCR)
ARNOLD MICHAEL MOHASOA, AND ZEENATH
KAJEE, as Liquidators of CONSANI ENGINEERING
(PROPRIETARY) LTD. in Liquidation,
: STIPULATION AND ORDER
                 Plaintiffs,

    -against-

EXSIF WORLDWIDE, INC.,

                Defendant.
-----------------------------------------------------------------x

      IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED that

Plaintiffs' time to reply to Defendant's counterclaims is extended to and including March 11,

2008.

Dated: New York, New York
       February 7, 2008                DUANE MORRIS LLP

                                            By: *Fran M. Jacobs*
                                                Fran M. Jacobs (FJ 0892)
                                          1540 Broadway
                                          New York, NY 10036-4086
                                          (212) 692-1000
                                          fmjacobs@duanemorris.com
                                          Attorneys for Plaintiffs

                                          FULBRIGHT & JAWORSKI L.L.P.

                                          By: *James H. Neale*
                                             James H. Neale (JN 6972)
                                          666 Fifth Avenue
SO ORDERED:                           New York, NY 10103
                                          (212) 318-3000
                                          jneale@fulbright.com
                                          Attorneys for Defendant
U.S.D.J.

DM1\1287657.1   February 29, 2008
                 White Plains, NY