UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NORMAN KLEIN, THOMAS GEORGE NELL,  :
TSIU VINCENT MATSEPE, JAYANT DAJI PEMA, :
JEFFREY SIPHIWE HLATSHWAYO, DIMAKATSO : 07 Civ. 10485 (SCR)
ARNOLD MICHAEL MOHASOA, AND ZEENATH :
KAJEE, as Liquidators of CONSANI ENGINEERING :
(PROPRIETARY) LTD. in Liquidation, :
                                      : STIPULATION AND
                 Plaintiffs,      ORDER OF DISMISSAL
                                       : <u>WITH PREJUDICE</u>
      -against-
                                       :
EXSIF WORLDWIDE, INC.,
                                       :
                Defendant.
-------------------------------------------------------------------x

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned counsel for the parties in the above entitled action that the action, including all claims, counterclaims, and defenses, is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil procedure, without costs to any party.

Dated: New York, New York
        May 22, 2008                      DUANE MORRIS LLP



                                        By: _____
                                            Fran M. Jacobs (FJ 0892)
                                       1540 Broadway
                                       New York, NY 10036-4086
                                       (212) 692-1000
                                       fmjacobs@duanemorris.com
                                       Attorneys for Plaintiffs

                                       FULBRIGHT & JAWORSKI L.L.P.

                                        By: _____
                                            James H. Neale (JN 6972)
                                       666 Fifth Avenue
                                       New York, NY 10103
                                       (212) 318-3000
                                       jneale@fulbright.com
                                       Attorneys for Defendant

DM1\1323098.2

SO ORDERED:

_____
U.S.D.J.          6/20/08

DM1\1323098.2